

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 1, 2025

By ECF
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Chen v. USCIS*, No. 25 Civ. 5293 (RA)

Dear Judge Abrams:

      This Office represents the government in the above-referenced mandamus action.  I write respectfully to request an adjournment of the initial status conference currently set for Friday, August 8, 2025, because it appears that this Office has not yet been served with the summons and the complaint, and we learned of this matter only at 12:53 p.m. today.

      The plaintiff initiated this action on June 26, 2025.  However, as of this afternoon, this Office's Civil Process Clerk has no record of receiving services of the summons and of the complaint in this action.  Instead, USCIS alerted this Office to this action at 12:53 p.m. today, after which I checked the docket in my capacity as co-Chief of the Immigration Unit and saw the Court's June 30, 2025 Order and Notice of Initial Conference.  ECF No. 11.  That order directed defendants to notify the Court no later than today if they had not been properly served, have not filed a responsive pleading, or otherwise seek to adjourn the conference.

      Because this Office was not aware of this matter until this afternoon, we have not yet assigned an Assistant United States Attorney to handle the matter, nor have we had an opportunity to obtain information from, and consult with, USCIS about this matter, which would be relevant to the preconference submissions and a meaningful pretrial conference.  Moreover, Federal Rule of Civil Procedure 4(i)(1)(A) requires that "a copy of the summons and of the complaint" must be delivered to the United States Attorney by hand, or sent by registered or certified mail to the civil process clerk at this Office.  Because that has not yet occurred, the government's time to respond to the complaint has not begun to run, although plaintiff appears to have time to complete proper service.  *See* Fed. R. Civ. P. 4(i)(4), (m).  Once properly served, the government has 60 days to respond to the complaint.  Fed. R. Civ. P. 12(a)(2).

      The government thus respectfully requests that the Court order plaintiff to serve this office in accordance with Rule 4(i) and adjourn the initial status conference until a date after the government's response to the complaint is due.  This is the government's first request for an adjournment in this matter.  Because of time constraints, we have not sought plaintiff's consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/  *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The conference scheduled for August 8, 2025 is adjourned.
Plaintiff shall serve Defendants pursuant to Federal Rule of
Civil Procedure 4(i)(1)(A).    After service has been
effectuated, the parties shall jointly propose alternative
dates for the initial pretrial conference.

SO ORDERED.

Hon. Ronnie Abrams
August 4, 2025

2